**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ERIC PENSON                                    §
                                                        §   Case No.: 08-24419
                                                        §
                                                        §
                                                        §
                                                        §
          Debtor(s)                                     §
---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2008.

2) This case was confirmed on 05/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/23/2009.

5) The case was converted on 08/19/2009.

6) Number of months from filing to the last payment:  7

7) Number of months case was pending:  14

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    3,237.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 2,223.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,223.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 560.04 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 151.73 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 711.77 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST NATIONAL BANK | SECURED | 32,546.00 | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK | SECURED | NA | .00 | 500.00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 145,987.00 | 145,052.42 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | NA | 9,261.40 | .00 | .00 | .00 |
| CRYSLER FINANCIAL | SECURED | 20,028.86 | 20,028.86 | .00 | .00 | .00 |
| LASALLE BANK | SECURED | 230,000.00 | NA | NA | .00 | .00 |
| POPULAR MORTGAGE | SECURED | 206,953.00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | 106,421.00 | .00 | .00 | .00 | .00 |
| FIA CARD SERV/BANK O | UNSECURED | 31,251.00 | 31,251.30 | 31,251.30 | 477.96 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 11,967.82 | 11,967.82 | 11,967.82 | 183.04 | .00 |
| BENEFICIAL HFC | UNSECURED | 4,510.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 14,936.00 | 14,936.73 | 14,936.73 | 228.45 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10,073.63 | 10,073.68 | 10,073.68 | 154.07 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 338.00 | 404.81 | 404.81 | .00 | .00 |
| CITIBANK | UNSECURED | 3,430.00 | NA | NA | .00 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 238.19 | 238.19 | 238.19 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 998.64 | 998.64 | 998.64 | 15.27 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,000.00 | 4,752.21 | 4,752.21 | 72.68 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,693.00 | 9,230.46 | 9,230.46 | 141.17 | .00 |
| SBC ILLINOIS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 94.00 | 132.69 | 132.69 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
| **Scheduled Creditors:**                                                      |
|                                                                               |
| Creditor                Claim          Claim          Claim       Principal       Int.  |
|   Name         Class    Scheduled      Asserted       Allowed      Paid           Paid  |
|                                                                               |
| NICOR GAS            UNSECURED      170.00         NA             NA           .00         .00 |
| PAY DAY LOAN         UNSECURED    2,500.00         NA             NA           .00         .00 |
| PEOPLES GAS LIGHT &  UNSECURED      773.15      773.15         773.15          .00         .00 |
| PRA RECEIVABLES MANA UNSECURED   15,246.00   15,600.28      15,600.28       238.59         .00 |
| WELLS FARGO FINANCIA UNSECURED      967.49      967.49         967.49          .00         .00 |
| WELLS FARGO FINANCIA UNSECURED      864.56      864.56         864.56          .00         .00 |
| CHASE HOME FINANCE L OTHER              NA          NA             NA          .00         .00 |
| TONAY TUCKER         OTHER              NA          NA             NA          .00         .00 |
| PENNYMAC LOAN SERVIC OTHER              NA          NA             NA          .00         .00 |
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 500.00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 500.00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 102,192.01 | 1,511.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 711.77 |
| Disbursements to Creditors | $ | 1,511.23 |
| **TOTAL DISBURSEMENTS:** | $ | 2,223.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/24/2009          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**